# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01532-LTB-BNB

CITIGROUP GLOBAL MARKETS, INC.,

 Plaintiff,

v.

THOMAS DONALD BROWN,

 Defendant.

_____

## ORDER OF RECUSAL
_____

Upon review of the file and determining that there are potential conflicts of interest, the undersigned judge hereby recuses himself in the above action and directs that the action be returned to the Clerk of the Court for redraw and assignment of the case.

      BY THE COURT:


      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:  July 24, 2007