IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01532- RPM

CITIGROUP GLOBAL MARKETS INC.,

     Plaintiff,

v.

THOMAS DONALD BROWN,

     Defendant.

---

### ORDER

---

This matter is before the Court upon the parties' Joint (Unopposed) Motion for Stay of Proceedings.  Based upon a review of all the files, records, and proceedings herein, the Court finds that it has discretion to impose a stay and that, in view of parallel proceedings now pending before the United States District Court for the District of Minnesota, such a stay should be granted.

Accordingly, **IT IS HEREBY ORDERED** that the parties' motion is granted and all proceedings in this case are stayed until further order of the Court.

Dated: October 10th, 2007

BY THE COURT:

s/ Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge