IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01532-RPM

CITIGROUP GLOBAL MARKETS, INC.,

     Plaintiff,

v.

THOMAS DONALD BROWN,

     Defendant.

---

## ORDER OF DISMISSAL

---

     Pursuant to the Stipulation for Dismissal with Prejudice [11] filed on June 20, 2008, it is

     ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

     Dated: June 23rd, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge